# EXHIBIT A

## Non-Compete/Non-Disclosure Agreement

This Agreement is between SURFCT.COM, INC., a Connecticut corporation and SURFCTUNIVERSAL, LLC, a Connecticut limited liability company ("Independent Contractor") and is made and entered into as of this 2l of December, 2016.

**As a condition** of Independent Contractor working as an independent contractor for SurfCT.com, its subsidiaries, affiliates, successors or assigns (together the "Company"), in a sales capacity and its receipt of the compensation now and hereafter paid to it by Company and the Company's agreement and in addition to other valuable consideration, the receipt and sufficiency of which Independent Contractor acknowledges, Independent Contractor agrees to the following terms and conditions of this Non-Compete/Non-Disclosure Agreement (the "Agreement"):

### Confidential Information.

### 1.1 The Company

The Company agrees that during the course of Independent Contractor's work, it will make available to Independent Contractor that Confidential Information (as defined below) of the Company that will enable Independent Contractor to optimize the performance of its work for the Company. In exchange, Independent Contractor agrees, and shall cause its members and managers to agree, to use such Confidential Information solely for the Company's benefit. Notwithstanding the preceding sentence, Independent Contractor agree that upon the termination of its engagement, the Company shall have no obligation to provide or otherwise make available to it any of its Confidential Information.

### 1.2 Proprietary Information.

    a.  **"Trade Secrets"** means trade secrets as defined under Connecticut law, as amended from time to time.
    b.  **"Confidential Information"** means information that is of value to its owner and is treated as confidential other than Trade Secrets.
    c.  **"Customers"** means names of customers and their representatives, contracts and their contents and parties, customer services, data provided by customers and the type, quantity and specifications of products and services purchased, leased, licensed or received by clients of Company.

Independent Contractor agrees, and agrees to cause its members and managers, at all times during the term of its engagement and thereafter, to hold in strictest confidence, and not to use, except for the exclusive benefit of the Company, or to disclose to any person, firm or corporation without written authorization of the Company, any Confidential Information of the Company.

**1.3 Duration.** The obligations in this Section regarding Trade Secrets shall continue for so long as such information continues to be a Trade Secret. The obligations in this Section regarding

Confidential Information shall continue for the duration of the Independent Contractor's engagement with the Company and for a period of twelve (12) months thereafter.

**1.4 Non-Competition.** The Independent Contractor by executing this agreement fully agrees and understands that neither the Independent Contractor, nor any of its members or managers, will (i)serve as a partner, employee, independent contractor, consultant, officer, director, manager, agent, associate, or otherwise for, (ii) directly or indirectly, own , purchase, organize, or take preparatory steps for the organization of any business in competition with or otherwise similar to the company's business, including, but not limited to, supporting any and all medical or dental offices, or provide IT hardware and, or services in any way to anyone for the duration of the Independent Contractor's employment with the Company and for a period of twelve (12) months thereafter. The foregoing covenant shall cover Independent Contractor activities, and those of its members and managers, in every part of the Territory in which it may conduct business during the term of such covenant as set forth above. "Territory" shall mean the States of Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware and Maryland.

**1.5 Non Disclosure.** Except as otherwise provided in this Agreement, neither Independent Contractor, nor its members or managers, will disclose the Confidential Information and Trade Secrets.

**(I).** The Confidential Information and Trade Secrets, will remain the exclusive property of SurfCT.com; and will only be used by Independent Contractor for purposes permitted by SurfCT.com. Independent Contractor will not use the Confidential Information for any purpose which might be directly or indirectly detrimental to SurfCT.com or any of its affiliates or subsidiaries.

**(II).** The obligations to ensure and prevent the disclosure of the Confidential Information and Trade Secrets imposed on Independent Contractor in this Agreement and any obligations to provide notice under this Agreement will survive the expiration or termination, as the case may be, of this Agreement and those obligations will last indefinitely.

**1.6 Solicitation of Employees.** Independent Contractor agrees that for a period of twelve (12) months immediately following the termination of its relationship with the Company, neither Independent Contractor, nor its member or managers, will hire any employees of the Company and neither Independent Contractor, nor its member or managers, will, either directly or indirectly, solicit, induce, recruit or encourage any of the Company's employees to leave their employment, or take away such employees, or attempt to solicit, induce, recruit, encourage or take away employees of the Company, either for itself or for any other person or entity.

**1.7 Interference.** Independent Contractor agrees that during the course of my employment and for a period of twelve (12) months immediately following the termination of my relationship with the Company, neither Independent Contractor, nor its member or managers, will, either directly or indirectly, interfere with the Company's contracts and relationships, or prospective contracts and relationships, including, but not limited to, the Company's customer or client contracts and relationships.

**1.8 Reservation of Rights.** Except as set forth in this Agreement, no express or implied license or right of any kind is granted to Independent Contractor regarding the Products, including, but not limited to, any right to know, use, produce, receive, reproduce, copy, market, sell, distribute, transfer, translate, modify, adapt, disassemble, decompile, or reverse engineer the products of SurfCT.com (the "Products") (unless this restriction is expressly prohibited by applicable law), or create derivative works based on the PracticeWorks or SurfCT.com Valued Added Services and Products or any portions thereof.

**1.9 Protection of Customers.** Independent Contractor agrees, for the duration of the Independent Contractor's engagement with the Company and for a period of twelve (12) months thereafter, neither Independent Contractor, nor its member or managers will sell, license, market or promote to any Customer any product similar in function to or otherwise competitive with any of the Products.

**1.10 Trade Show Attendance.** SurfCT.com shall determine, in its sole discretion, whether or not Independent Contractor shall be permitted to attend any industry trade show in the Territory as a representative of SurfCT.com during the term of the Independent Contractor's employment with the Company.

**1.11 Return of Materials.**
In the event of termination, Independent Contractor shall, at its expense, promptly return to SurfCT.com any materials or property of SurfCT.com. After termination, Independent Contractor shall refrain from holding itself out as a representative of SurfCT.com and shall promptly refer all customer inquiries regarding the Products or Services to SurfCT.com.

**1.12 Injunctive Relief.**
Independent Contractor acknowledges that compliance with this Agreement is necessary to protect the business and goodwill of the Company and that any actual or prospective breach will irreparably cause damage to the Company for which money damages may not be adequate. Independent Contractor therefore agrees that if Independent Contractor breaches or attempts to breach this Agreement, the Company shall be entitled to obtain temporary, preliminary and permanent equitable relief, without bond, to prevent irreparable harm or injury, and to money damages, together with any and all other remedies available under applicable law.

**1.13 Notice.** Any notice required or permitted to be given under this Agreement shall be in writing and deemed given and effective upon delivery if sent by a nationally recognized overnight courier, by facsimile transmission with evidence of receipt, by personal delivery or five (5) days after posting if sent by certified United States mail, return receipt requested, with postage pre-paid and addressed as set forth below. All notices pursuant to this Agreement shall be sent to the following addresses:

If to **SurfCT.com, Parent Company**

SurfCT.com LLC.

P.O. Box 932
Naugatuck, CT 06770
Attention: Mr. Paul DaSilva Vigario, President, CIO
Telephone:203-720-9209
Facsimile: 203-720-3072

If to Independent Contractor:
SURFCTUNIVERSAL, LLC
Mark Perrera
339 North Main Street
Naugatuck, CT 06770

Telephone: _____

**1.14 Governing Law and Jurisdiction.** This Agreement shall be construed, governed and enforced under the laws of the State of Connecticut (without regard to rules governing conflict of laws).

**1.15  Severability.** If any provision hereof is declared invalid by a court of competent jurisdiction, such provision shall be ineffective only to the extent of such invalidity, so that the remainder of that provision and all remaining provisions of this Agreement will continue in full force and effect.

**1.16  Miscellaneous.** This Agreement constitutes the entire agreement between the parties regarding its subject matter and may only be amended in a written document signed by both parties. Headings are for convenience only and are not part of this Agreement. No waiver of any breach of any provision of this Agreement shall constitute a waiver of any prior, concurrent or subsequent breach of the same or any other provision hereof and no waiver shall be effective unless made in writing. This Agreement may be executed in counterparts, each of which shall be deemed an original, and both of which together shall constitute one agreement. The signed Agreement delivered by facsimile counterparts shall constitute an original agreement for all purposes.

**In Witness Whereof,** the parties have respectively affixed their hands and seals by their duly authorized representatives as of the date first written above.

SURFCT.COM, INC.                                SURFCTUNIVERSAL, LLC

By: _____                      By: _____
     Paul Vigario                                     Mark Perrera
     Its President                                    its Member
                                                      MARC
                                                      PEREIRA